NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORAZON MCDONALD,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2014-3220

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-12-0344-C-1.

---

**ON MOTION**

---

**O R D E R**

Corazon McDonald moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                            MCDONALD v. ARMY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21